AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ROBERT HARSH,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-09-39**

**CHILLICOTHE CORRECTIONAL**      **JUDGE EDMUND A. SARGUS, JR.**
**INSTITUTION, , et al.,**      **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed 11/05/09, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 5, 2009      JAMES BONINI, CLERK

     /S/ Andy F. Quisumbing
     (By) Andy F. Quisumbing
     Courtroom Deputy Clerk